IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JERAD MICHAEL ROSS,** | ) | CASE NO. 7:16CV00222 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **LESLIE J. FLEMING, WARDEN,** | ) | By: Norman K. Moon |
| **WALLENS RIDE STATE PRISON,** | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The Respondent's motion to dismiss (ECF No. 12) is **GRANTED**;

(2) This action is **STRICKEN** from the active docket of this court; and

(3) Concluding that Ross has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 10th day of March, 2017.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE